FILED
2009 Dec-15  AM 11:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| **KATHERINE M. ADAMS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) 7:08-CV-1061-PWG |
| | ) |
| **TUSCALOOSA CITY BOARD OF EDUCATION,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

The magistrate judge entered his findings and recommendation on November 12, 2009 recommending that the defendant's motion for partial summary judgment be granted. The parties were directed to Rule 72(b), *Federal Rules of Civil Procedure* to ensure that objections, if any, were filed in conformity with the statutes, rules and controlling authority as well as the consequences from failing to object or to do so as required. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file the Court is of the opinion that the magistrate judge's findings are due to be and are hereby **ADOPTED** and his recommendation is **ACCEPTED**. Accordingly, the defendant's motion for partial summary judgment is **GRANTED**. The only claims

which remain pending are those allegations of discrimination and retaliation contained in Counts Three and Five, which are brought under §1981 and § 1983 and based on actions and events which occurred after June 13, 2004.

As to the foregoing it is **SO ORDERED** this the 15th day of December, 2009.

**VIRGINIA EMERSON HOPKINS**
United States District Judge