IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

KATHERINE M. ADAMS,

      Plaintiff,

vs.                                     Case No. 7:08-cv-01061-IPJ

TUSCALOOSA CITY BOARD OF
EDUCATION,

      Defendant.

## MEMORANDUM OPINION

The magistrate judge filed a report and recommendation in this action on March 11, 2010, recommending that the motion for summary judgment filed by the Tuscaloosa Board of Education be granted and this case dismissed with prejudice.  To date, no party has filed objects to the report and recommendation.

Having now carefully reviewed and considered *de novo* all materials in the court file, the court finds that the report is due to be and hereby is ADOPTED and the recommendation ACCEPTED.  Accordingly, the court finds that there are no genuine issue of material fact remaining in this case and that the motion for summary judgment filed by Tuscaloosa Board of Education (doc. 30), is due to be granted as a matter of law.  By separate judgment, the court will enter summary judgment in favor of this defendant.

DONE this 31st March, 2010.

                                                  INGE PRYTZ JOHNSON
                                                 U.S. DISTRICT JUDGE